# United States Bankruptcy Court
## Northern District of Indiana

In re   **Spencer Homes, Inc.**                                    Case No. _____
                                    Debtor(s)                      Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Spencer Homes, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

JAN 2 9 2009                              *(signature)*
_____           **Gordon E. Gouveia, Esq.**
Date                                      Signature of Attorney or Litigant
                                          Counsel for   **Spencer Homes, Inc.**
                                          **Gordon E. Gouveia, LLC**
                                          **433 W. 84th Drive**
                                          **Merrillville, IN 46410**
                                          **219/736-6020**